IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEVE FLORESTAL, | § | |
| | § | No. 508, 2018 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Court of Common Pleas |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. S1707001338 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 22, 2018
Decided: October 26, 2018

## ORDER

It appears to the Court that, on October 2, 2018, the Senior Court Clerk issued a notice to the appellant to show cause why his appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal from the Court of Common Pleas. The appellant failed to file a response within the ten-day time period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice